LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| YVONNE M. MCPHERSON, | No.  EDCV 13-00815 RZ |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of THREE THOUSAND NINE HUNDRED TWENTY TWO DOLLARS AND 74/100 ($3,922.74). ~~subject to the terms of the stipulation.~~

DATE:  January 30, 2014  _____

                            HON. RALPH ZAREFSKY
                            UNITED STATES MAGISTRATE JUDGE

-1-